# EXHIBIT A



September 10, 2016

Dear Provider:

As a valued preferred provider of Premier Healthcare Exchange, Inc. (PHX), we are pleased to share with you news of our rebranding as **Zelis Healthcare, Inc.**

We are advising our clients to update the EOB remarks to reflect Zelis, however until all have completed the change, you may see one of the following Explanation of Benefits remark codes appear on an EOB from a Zelis client:

**Paid In Accordance with a Zelis Choice Adjustment**

**Paid In Accordance with PHX Choice Adjustment**

Please take any necessary steps to notify your staff accordingly. If you have any questions or require any information, please feel free to contact a Zelis Provider Services Representative at 888-311-3505.

Sincerely,

Zelis Provider Services